

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 22  AM 9: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BONNIE A. BLANCHARD                    CIVIL ACTION
for C.A.B.

VERSUS                                 NO. 04-1189

JO ANNE B. BARNHART,                   SECTION R
COMMISSION OF SOCIAL SECURITY
ADMINISTRATION

### ORDER

The Court, having considered the motions, the record, the
applicable law, the Magistrate Judge's May 9, 2005 Report and
Recommendation, and plaintiff's failure to file any objections
within 10 days after being served with a copy of the Magistrate
Judge's Report and Recommendation, hereby approves the Magistrate
Judge's Report and Recommendation and adopts it as its opinion
herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

is DENIED and that defendant's motion for summary judgment is
GRANTED.

*Baton Rouge*, Louisiana, this 21st day of September, 2005.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2